IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DWIGHT JONES**                                                                                    **PLAINTIFF**

v.                               Case No. 4:24-cv-00704-LPR

**LARRY RODGERS, individually and in his
official capacity,** *et al.*                                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered yesterday, it is CONSIDERED, ORDERED, and ADJUDGED that all of Plaintiff's claims are dismissed without prejudice.

IT IS SO ADJUDGED this 16th day of May 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE